**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-1161

ERNEST S. HENDRY, JR.; JUDITH V. HENDRY,

                Plaintiffs - Appellants,

        v.

THE GEORGELAS GROUP, INC., a Corporation Chartered in the
Commonwealth of Virginia in Business Under the Common Name
and Style of Said Company; FRANCIS J. PELLAND,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:14-cv-01455-JCC-TCB)

Submitted:  May 19, 2015                Decided:  May 21, 2015

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ernest S. Hendry, Jr., and Judith V. Hendry, Appellants Pro Se.
Peter F. Axelrad, COUNCIL, BARADEL, KOSMERL & NOLAN, PA,
Annapolis, Maryland; Robert Mccay Hardy, Carol Thomas Stone,
JORDAN COYNE LLP, Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernest S. Hendry, Jr., and Judith V. Hendry appeal the district court's order dismissing their civil action on statute of limitations grounds. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>Hendry v. The Georgelas Group, Inc.</u>, No. 1:14-cv-01455-JCC-TCB (E.D. Va. Jan. 21, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>